# NO. 12-23-00115-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BRANDI COLLINS,*<br>*APPELLANT* | § | *APPEAL FROM THE COUNTY* |
| *V.* | § | *COURT AT LAW* |
| *PETER RUTTER,*<br>*APPELLEE* | § | *CHEROKEE COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant, Brandi Collins, filed a pro se notice of appeal on May 8, 2023. The clerk's and reporter's records were filed on July 10. Collins's brief was due on or before August 9. She filed a motion for extension on August 9, but the motion failed to comply with the service requirements of Texas Rule of Appellate Procedure 9.5. *See* TEX. R. APP. P. 9.5 (service). The Clerk of this Court informed Collins that the motion failed to comply with Rule 9.5 and requested that she file a certificate of service on or before August 15 or the motion may be overrulled. On August 17, this Court overruled the motion for extension of time for failure to comply with Rule 9.5. That same day, the Clerk of this Court notified Collins that the brief was past due. We further notified Collins that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee had not suffered material injury thereby, is filed no later than August 28.

The August 28 deadline passed, and Collins has not filed a brief, a motion for leave to file a late brief, or a motion for extension of time.[1]  Accordingly, we ***dismiss*** the appeal for ***want of prosecution***.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Opinion September 13, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Even a pro se litigant is held to the same standards as licensed attorneys and must comply with all applicable rules of procedure.  *See **Muhammed v. Plains Pipeline, L.P.**,* No. 12-16-00189-CV, 2017 WL 2665180, at *2 n.3 (Tex. App.—Tyler June 21, 2017, no pet.) (mem. op.).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 13, 2023**

**NO. 12-23-00115-CV**

**BRANDI COLLINS,**
Appellant
V.
**PETER RUTTER,**
Appellee

Appeal from the County Court at Law
of Cherokee County, Texas (Tr.Ct.No. FM2100-289)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*